```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 48005
   DE VANDRIA BIANCA DENINE WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8241

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED              .00             .00           .00
PORTFOLIO ACQUISITIONS L   UNSECURED          1004.40             .00           .00
MIDWESTERN FINANCIAL COR   SECURED            6573.55          752.45        799.84
MIDWESTERN FINANCIAL COR   UNSECURED        NOT FILED             .00           .00
PORTFOLIO ACQUISITIONS L   UNSECURED          2300.72             .00           .00
BP/CITI                    UNSECURED        NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED        NOT FILED             .00           .00
CHARTER ONE BANK           UNSECURED        NOT FILED             .00           .00
CHARTER ONE AUTO FINANCE   NOTICE ONLY      NOT FILED             .00           .00
OXFORD COLLECTIONS         NOTICE ONLY      NOT FILED             .00           .00
SALVATORE SPINELLI ESQ     NOTICE ONLY      NOT FILED             .00           .00
CITY OF CHICAGO PARKING    UNSECURED          3975.00             .00           .00
ARNOLD SCOTT HARRIS        NOTICE ONLY      NOT FILED             .00           .00
CHICAGO DEPT OF REVENUE    NOTICE ONLY      NOT FILED             .00           .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED             .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED             .00           .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED             .00           .00
KMART                      UNSECURED        NOT FILED             .00           .00
AMERICAN COLLECTIONS REC   NOTICE ONLY      NOT FILED             .00           .00
MIDWEST READERS            UNSECURED        NOT FILED             .00           .00
ORCHARD BANK               UNSECURED        NOT FILED             .00           .00
OSI COLLECTION SERVICES    NOTICE ONLY      NOT FILED             .00           .00
TCF BANK                   UNSECURED        NOT FILED             .00           .00
TCF NATIONAL BANK          NOTICE ONLY      NOT FILED             .00           .00
UNIVERSITY OF PHOENIX      UNSECURED        NOT FILED             .00           .00
LEDFORD & WU               DEBTOR ATTY       2,700.00                       1,856.25
TOM VAUGHN                 TRUSTEE                                            191.46
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 48005 DE VANDRIA BIANCA DENINE WILLIAMS

```
--------------------------------------------------------------------------
TRUSTEE                                  3,600.00

PRIORITY                                                             .00
SECURED                                                           799.84
    INTEREST                                                      752.45
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,856.25
TRUSTEE COMPENSATION                                              191.46
DEBTOR REFUND                                                        .00
                                     ---------------     ---------------
TOTALS                                   3,600.00              3,600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 10/22/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```